UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KASSAUNDRA KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 05 C 7150 |
| | ) |
| BREAKTHROUGH URBAN MINISTRIES, | ) |
| ARLOA SUTTER, OREON TRICKEY, TERESA | ) |
| McHENRY, and HELEN KAMINSKI, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

CHARLES P. KOCORAS, Chief District Judge:

The following matter is before the Court on Plaintiff's, Kassaundra King ("King"), Complaint filed against Breakthrough Urban Ministries, Arloa Sutter, Oreon Trickey, Teresa McHenry, and Helen Kaminski, (collectively referred to as "Defendants"), calling for an emergency injunction and seizure of property, as well as her *In Forma Pauperis* Application and Affidavit *In Forma Pauperis*. King is appearing *pro se*. For the reasons set forth below, the Application is denied, and the Complaint is dismissed.

A plaintiff may proceed *in forma pauperis* if it is determined that (1) she is unable to pay the filing fee and (2) her case is not frivolous or malicious; does not fail to state a claim upon which relief may be granted; and does not seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). A complaint is frivolous when the

factual allegations and legal conclusions lack an arguable basis in either law or fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989). Although the pleading standards for *pro se* complaints are less stringent than the standards for complaints drafted by attorneys, Haines v. Kerner, 404 U.S. 519, 520, 92 S. Ct. 594, 596 (1972), if a court concludes that the claims asserted in the complaint cannot succeed, the court should deny leave to proceed *in forma pauperis* and dismiss the case. Wartman v. Branch 7, Civil Division, 510 F.2d 130, 134 (7th Cir. 1975).

King's Complaint alleges that the Defendants are masquerading Breakthrough Urban Ministries as a non-profit charitable homeless shelter in an attempt to conceal its real purpose of aiding and abetting mafia criminals by providing them safe haven, employment, and healthcare, among other things. She further suggests that, because of her knowledge of the alleged misconduct, Defendants' evicted her from residence at Breakthrough Urban Ministries and harassed her to the extent that she developed hypertension. King fails to provide any factual support for her claim which, without such, lacks an arguable basis in law or in fact and is thus frivolous. Consequently, King's *in forma pauperis* petition is denied and the Complaint is dismissed.

						Charles P. Kocoras
						Chief Judge
Dated:   December 27, 2005		United States District Court